IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-133-BO

| | |
|---|---|
| HENRY HALLAGER,       ) | |
|     Plaintiff,       ) | |
| ) | |
| v.       ) | **ORDER** |
| ) | |
| ACCOUNT RESOLUTION SERVICES,       ) | |
| LLC, EXPERIAN INFORMATION       ) | |
| SOLUTIONS, INC.,       ) | |
|     Defendants.       ) | |

At the direction of the Court, the clerk issued an order redesignating this action as a Western Division case and directing that that all future documents reflect the revised case number of 5:20-CV-354-BO [DE-7].

Due to an internal docketing error, a new case number is required for this action. **All future documents shall reflect the new case number of 5:14-CV-354-BO.** No further filing shall be made in 4:20-CV-133-BO or 5:20-CV-353-BO.

SO ORDERED. This 7th day of July, 2020.

                                                       /s/ Peter A. Moore, Jr.
                                                       Clerk of Court