**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Case No.** 5:20-cv-00354-BO

Henry Hallager  )
Plaintiff(s),  )
            )
vs          )
            )
Account Resolution Services, LLC, et al.  )
Defendant(s).  )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__See Exhibit A__ who is __a defendant__,
(name of party)            (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ○     NO ●

2. Does party have any parent corporations?

   YES ○     NO ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ○     NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯     NO ●

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯     NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
n/a

Signature: /s/ David A. Grassi, Jr.

Date: 11/26/2020

# EXHIBIT A

The entity making this disclosure is Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services, which is improperly identified as "Account Resolution Services, LLC" in the case caption.