UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HENRY HALLAGER, | ) Case No.: 5:20-cv-00354-BO |
| Plaintiff, | ) |
| vs. | ) |
| ACCOUNT RESOLUTION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) |

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Henry Hallager ("Plaintiff") and Defendant Experian Information Solutions, Inc. Plaintiff anticipates filing a notice of voluntary dismissal of this action against Experian Information Solutions, Inc. with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 22nd day of April, 2021.

    Respectfully Submitted,

/s/ *Chad Diamond*
Chad Diamond, Esq.
N.C. Bar no. 40842
6418 Farmingdale Drive
Charlotte, North Carolina 28212
chad.diamond@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2021 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the court's ECF filing system.

/s/ *Chad Diamond*
Chad Diamond