IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00354-BO

**Henry Hallager,**

    Plaintiff,

v.

**Account Resolution Services, et al.,**

    Defendants.

**Order**

  This matter comes before the court on the Plaintiff's motion to modify the Scheduling Orders, to which Defendant Account Resolutions Services, LLC consents. D.E. 22, 24. For good cause shown, the court grants the motion to modify (D.E. 22).

  The Scheduling Order is amended as follows:

1. The parties shall make the disclosures required by Rule 26(a)(2) on the following schedule:

   a. Plaintiff's disclosures shall be made no later than Monday, July 19, 2021.
   b. Defendant's disclosures shall be made no later than Thursday, August 19, 2021.

2. All discovery shall be completed by Friday, September 17, 2021.

3. Dispositive motions are due by Monday, October 18, 2021.

  The remaining portions of the Scheduling Order that are not inconsistent with this Order remain unchanged.

Dated: April 30, 2020.

              _____
              ROBERT T. NUMBERS, II
              UNITED STATES MAGISTRATE JUDGE