Kelvin Daise

v

YMCA

Case No: 7:21-cv-91-BO

Change of address

FILED
JUN 28 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

228 Bellhammon Forest Dr
Rocky Point, NC 28457

Kelvin Daire

_____ 6/28/21