IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00354-BO

| | |
|---|---|
| **Henry Hallager**, <br><br> Plaintiff, <br><br> v. <br><br> **Account Resolution Services, LLC, and Experian Information Solutions, Inc.**, <br><br> Defendants. | **Order** |

Defendant Account Resolution Services, LLC asks the court to compel Plaintiff Henry Hallager's to respond to its discovery requests. D.E. 27. ARS served discovery on Hallager in April 2021. Hallager neither responded to the discovery nor requested additional time to do so. Similarly, Hallager did not respond to the motion to compel.

Having reviewed the motion, the court grants the motion to compel. D.E. 27. Hallager must serve his responses to the interrogatories and requests for production served in April 2021 within 15 days from the entry of this order. Failure to respond as directed may result in the dismissal of this action.

The court will hold status conference by videoconference on Thursday, July 8, 2021 at 10:30 a.m. The Clerk of Court will provide the parties with the necessary information to participate in the videoconference.

Dated: June 28, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge