# EXHIBIT 1

Case 5:20-cv-00354-BO   Document 35-1   Filed 09/02/21   Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HENRY HALLAGER,<br><br>                      Plaintiff,<br><br>v.<br><br>ACCOUNT RESOLUTION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                      Defendants. | Case No. 5:20-cv-00354-BO |

## NOTICE OF DEPOSITION

TO:    Henry Hallager
         c/o Chad Diamond, Esq.
         Chad Diamond, P.A.
         3356 Maywood Drive
         Charlotte, NC 28205

      PLEASE TAKE NOTICE that Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services will take the deposition of Plaintiff Henry Hallager beginning at 12:00 PM on Wednesday, June 2, 2021 at Regus Business Center, 421 Fayetteville Street, Suite 1100, Raleigh, NC 27601. This deposition will be taken before a notary public or other officer duly authorized by law to administer oaths, and will be recorded by videographic and/or stenographic means.

      The deposition will continue from day-to-day until completed.

Dated: April 16, 2021

                                                /s/ David A. Grassi, Jr.
                                                David A. Grassi, Jr. (N.C. Bar No. 38191)
                                                The Echols Firm, LLC
                                                P.O. Box 12645
                                                Rock Hill, SC 29731
                                                Phone: (803) 329-8970

Email: david.grassi@theecholsfirm.com

*Counsel for Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2021, the foregoing **Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services' Notice of Deposition of Plaintiff** has been served upon Plaintiff's counsel by Electronic Mail and by depositing same in the U.S. Mail with sufficient postage affixed to the following address(es):

| | |
|---|---|
| Chad Diamond<br>Chad Diamond, P.A.<br>3356 Maywood Drive<br>Charlotte, NC 28205<br>Email: chad.diamond@gmail.com<br><br>*Counsel for Plaintiff* | Caren D. Enloe<br>Smith Debnam Narron Drake<br>Saintsing & Myers, LLP<br>P.O. Box 176010<br>Raleigh, NC 27619-6010<br>Email: cenloe@smithdebnamlaw.com<br><br>*Counsel for Defendant Experian Information Solutions, Inc.* |

/s/ David A. Grassi, Jr.
The Echols Firm, LLC