# EXHIBIT 2

| From: | Steven Benedict |
|---|---|
| To: | David Grassi |
| Cc: | sally.odom@theecholsfirm.com; Chad Diamond; Caren Enloe |
| Subject: | Hallager Notice of Deposition |
| Date: | Friday, April 16, 2021 4:27:35 PM |

Counsel,

I am in receipt of your Notice of Deposition. I will get back to you on if the date works for our client.

Plaintiff anticipates serving deposition notices Monday for a date in May do you have available dates?

Further, since your client just recently filed its Answer I am requesting consent to amend/extend the scheduling order by 2 months to allow for expert discovery.

Do we have the consent of Defendants?

Also we are amenable to discussing settling this matter. Please call me to discuss 201 500 6961.

Thank you.

--
Steven Benedict, Esq.
**ZEMEL LAW, LLC**
660 Broadway
Paterson, New Jersey 07514
T: (201) 500-6961
F: (973) 282-8603
steven@zemellawllc.com

*This email may contain information of a privileged or confidential nature, or may be otherwise exempt from disclosure under work product doctrine or other applicable law. If you are not the addressee or it appears you have received this email in error, kindly notify the sender immediately. Please ignore this communication and delete it along with any attachments immediately. The reproduction, dissemination, or distribution of this communication is prohibited. Thank you for your courtesies in this matter.*

*Any accounting, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. This Firm does not specialize in tax law, nor do we offer tax or accounting services of any kind. Please consult a tax law or accounting expert on issues concerning same.*

*This email may contain a request to obtain personal and confidential information including dates of birth, medical records, and/or social security numbers. In sending documents with this kind of personal information, please do not send these documents to me using regular email correspondence. This type of information should be sent by fax transmission or by encrypted email.*