# EXHIBIT 3

| | |
|---|---|
| **From:** | David Grassi |
| **To:** | "Daniel Zemel" |
| **Cc:** | Chad Diamond; Nicholas Linker; Chad Echols; Salley Odom |
| **Subject:** | RE: Hallager v ARS Discovery Responses |
| **Date:** | Wednesday, August 11, 2021 5:34:00 PM |
| **Attachments:** | image001.png |

Daniel,

Are you also withdrawing the non-privilege objections as outlined in my letter?

Regarding depositions, I have requested my client's availability and will let you know when I have a response. I anticipate that my client will want me to depose your client. Please provide some available dates and we will re-notice his deposition. As before, it will be an in person deposition.

Finally, I believe we are required to mediate by September 17. Before we reach out to the mediator regarding her availability, do you want to engage in some settlement discussions? My recollection is that we still do not have a counter to the offer we made back in November. While I believe my clients will prevail at summary judgment based on the evidence produced to date, they may still be willing to put some money on the table to avoid the expense of the motion and depositions.

Thank you,

**David A. Grassi**
**Attorney**
The Echols Firm, llc
224 Oakland Ave. (29730)
P.O. Box 12645
Rock Hill, South Carolina 29731
803.329.8982
david.grassi@theecholsfirm.com



PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

**From:** Daniel Zemel <dz@zemellawllc.com>

**Sent:** Tuesday, August 10, 2021 4:40 PM
**To:** David Grassi <David.Grassi@theecholsfirm.com>
**Cc:** Chad Diamond <chad.diamond@gmail.com>; Nicholas Linker <NL@zemellawllc.com>; Chad Echols <chad.echols@theecholsfirm.com>; Salley Odom <salley.odom@theecholsfirm.com>
**Subject:** Re: Hallager v ARS Discovery Responses

David,

The client has been looking for any additional records but has not yet found any. Because subsequent reports and dispute letters are important, I have drafted this subpoena to Experian.

At this time, Plaintiff has no further credit report documents.

On Mon, Aug 2, 2021 at 6:38 PM Daniel Zemel <dz@zemellawllc.com> wrote:

> Thanks. Let me take care of this by weeks end.
>
> On Tue, Jul 27, 2021 at 12:49 PM David Grassi <David.Grassi@theecholsfirm.com> wrote:
>
>> Daniel,
>>
>> How much time do you need? I don't mind some extra time, especially under the circumstances, but we also have some deadlines approaching so I do not think I can agree to more than a week.
>>
>> Thanks,
>>
>> **David A. Grassi**
>> **Attorney**
>> The Echols Firm, llc
>> 224 Oakland Ave. (29730)
>> P.O. Box 12645
>> Rock Hill, South Carolina 29731
>> 803.329.8982
>> david.grassi@theecholsfirm.com
>>
>> 
>>
>> PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print,

retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

**From:** Daniel Zemel <dz@zemellawllc.com>
**Sent:** Tuesday, July 27, 2021 11:56 AM
**To:** David Grassi <David.Grassi@theecholsfirm.com>
**Cc:** Chad Diamond <chad.diamond@gmail.com>; Nicholas Linker <NL@zemellawllc.com>; Chad Echols <chad.echols@theecholsfirm.com>; Salley Odom <salley.odom@theecholsfirm.com>
**Subject:** Re: Hallager v ARS Discovery Responses

David,

Steve has left my firm and a lot has fallen on my shoulders. I will respond to this but I need a bit more time. Is that okay?

On Mon, Jul 19, 2021 at 10:39 AM David Grassi <David.Grassi@theecholsfirm.com> wrote:

> Counsel,
>
> Please see the attached correspondence regarding Mr. Hallager's discovery responses.
>
> Thank you,
>
> **David A. Grassi**
> **Attorney**
> The Echols Firm, llc
> 224 Oakland Ave. (29730)
> P.O. Box 12645
> Rock Hill, South Carolina 29731
> 803.329.8982
> david.grassi@theecholsfirm.com
>
> 
>
> PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

--
Daniel Zemel, Esq.

**ZEMEL LAW, LLC**
660 Broadway
Paterson, NJ 07514
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com

==================================================================

*This email may contain information of a privileged or confidential nature, or may be otherwise exempt from disclosure under work product doctrine or other applicable law.  If you are not the addressee or it appears you  have received this email in error, kindly notify the sender immediately.  Please ignore this communication and delete it along with any attachments immediately.  The reproduction, dissemination, or distribution of this communication is prohibited.  Thank you for your courtesies in this matter.*

*Any accounting, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  This Firm does not specialize in tax law, nor do we offer tax or accounting services of any kind.  Please consult a tax law or accounting expert on issues concerning same.*

*This email may contain a request to obtain personal and confidential  information including dates of birth, medical records, and/or social security numbers. In sending documents with this kind of personal information, please do not send these documents to me using regular email correspondence. This type of information should be sent by fax transmission or by encrypted email.*

--
Daniel Zemel, Esq.

**ZEMEL LAW, LLC**
660 Broadway
Paterson, NJ 07514
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com

==================================================================

*This email may contain information of a privileged or confidential nature, or may be otherwise exempt from disclosure under work product doctrine or other applicable law.  If you are not the addressee or it appears you  have received this email in error, kindly notify the sender immediately.  Please ignore this communication and delete it along with any attachments immediately.  The reproduction, dissemination, or distribution of this communication is prohibited.  Thank you for your courtesies in this matter.*

*Any accounting, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  This Firm does not specialize in tax law, nor do we offer tax or accounting services of any kind.  Please consult a tax law or accounting expert on issues concerning same.*

> *This email may contain a request to obtain personal and confidential information including dates of birth, medical records, and/or social security numbers. In sending documents with this kind of personal information, please do not send these documents to me using regular email correspondence. This type of information should be sent by fax transmission or by encrypted email.*

--
Daniel Zemel, Esq.

**ZEMEL LAW, LLC**
660 Broadway
Paterson, NJ 07514
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com

===============================================================
*This email may contain information of a privileged or confidential nature, or may be otherwise exempt from disclosure under work product doctrine or other applicable law. If you are not the addressee or it appears you have received this email in error, kindly notify the sender immediately. Please ignore this communication and delete it along with any attachments immediately. The reproduction, dissemination, or distribution of this communication is prohibited. Thank you for your courtesies in this matter.*

*Any accounting, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. This Firm does not specialize in tax law, nor do we offer tax or accounting services of any kind. Please consult a tax law or accounting expert on issues concerning same.*

*This email may contain a request to obtain personal and confidential information including dates of birth, medical records, and/or social security numbers. In sending documents with this kind of personal information, please do not send these documents to me using regular email correspondence. This type of information should be sent by fax transmission or by encrypted email.*