# EXHIBIT 7

**From:** Daniel Zemel
**To:** David Grassi
**Cc:** Chad Diamond; Nicholas Linker; Chad Echols; Salley Odom
**Subject:** Re: Hallager v ARS Discovery Responses
**Date:** Monday, August 30, 2021 1:42:04 PM
**Attachments:** image001.png

David,

Waiting on confirmation for Friday from client as well as for mediation.  Please advise as to your clients deposition availability.

On Tue, Aug 24, 2021 at 4:40 PM David Grassi <David.Grassi@theecholsfirm.com> wrote:



Thanks, Daniel.  I wanted to get back to you regarding your client's demand.  We are authorized to counter at

Also, can you please confirm the deposition for Experian on Friday.  I ask because the draft subpoena I received indicates a midnight start time, I have not received any follow up indicating it has been served, and I have not yet received any sort of Zoom link for the deposition.

Finally, please confirm your client is available for the deposition we noticed.  If it is something we need to change, we need to know ASAP so we can rebook the stenographer and videographer.

Thank you,

**David A. Grassi**

**Attorney**

The Echols Firm, llc

224 Oakland Ave. (29730)

P.O. Box 12645

Rock Hill, South Carolina 29731