# EXHIBIT 8

| From: | Daniel Zemel |
|---|---|
| To: | Salley Odom |
| Cc: | Chad Diamond; Rene; David Grassi; Nicholas Linker |
| Subject: | Re: Henry Hallager v. Account Resolution Services, et al., Case No. 5:20-cv-354-BO (E.D.N.C.) |
| Date: | Wednesday, September 1, 2021 10:18:00 AM |
| Attachments: | image006.png |

Friday can't work for the deposition. I have tried to confirm the 17th. It should be fine but don't have a final answer yet.

The date you proposed giving me for the deposition also doesn't work for me due to other court conflicts.

September is a very difficult month and I think it makes sense to seek an extension here. I would also note that Experian will not be able to attend their deposition in September either. I think most things in this case need to occur in October due to scheduling conflicts and jewish holidays.

On Wed, Sep 1, 2021 at 8:47 AM Salley Odom <salley.odom@theecholsfirm.com> wrote:

> Hi Rene,
>
> Our client and carrier have requested the afternoon of the 17th beginning at 1:00. I'm waiting on Plaintiff's counsel to confirm that date and time suits them.
>
> Thank you,
>
> Salley
>
> **Salley Odom**
>
> Paralegal/Office Manager
>
> 224 Oakland Avenue (29730)
>
> P.O. Box 12645
>
> Rock Hill, South Carolina 29731
>
> 803.329.8972
>
> salley.odom@theecholsfirm.com
>
> 

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

**From:** Rene <rtrehy@beasontrehy.com>
**Sent:** Tuesday, August 31, 2021 4:13 PM
**To:** Salley Odom <salley.odom@theecholsfirm.com>
**Cc:** 'Daniel Zemel' <dz@zemellawllc.com>; 'Chad Diamond' <chad.diamond@gmail.com>; David Grassi <David.Grassi@theecholsfirm.com>
**Subject:** RE: Henry Hallager v. Account Resolution Services, et al., Case No. 5:20-cv-354-BO (E.D.N.C.)

Hi Salley,

Has a decision been made regarding these holds?

Thanks so much,

René

**From:** Salley Odom <salley.odom@theecholsfirm.com>
**Sent:** Monday, August 23, 2021 11:40 AM
**To:** Rene <rtrehy@beasontrehy.com>
**Cc:** 'Daniel Zemel' <dz@zemellawllc.com>; 'Chad Diamond' <chad.diamond@gmail.com>; David Grassi <David.Grassi@theecholsfirm.com>
**Subject:** RE: Henry Hallager v. Account Resolution Services, et al., Case No. 5:20-cv-354-BO (E.D.N.C.)

Ms. Trehy,

Can you place holds on your calendar for the morning of September 16th and the afternoon of September 17th? I will let you know as soon as possible if either of these times work for all of the parties.

Thank you,
Salley

**Salley Odom**

Paralegal/Office Manager

224 Oakland Avenue (29730)

P.O. Box 12645

Rock Hill, South Carolina 29731

803.329.8972

salley.odom@theecholsfirm.com



PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

**From:** Rene <rtrehy@beasontrehy.com>
**Sent:** Friday, August 20, 2021 4:35 PM
**To:** David Grassi <David.Grassi@theecholsfirm.com>
**Cc:** 'Daniel Zemel' <dz@zemellawllc.com>; 'Chad Diamond' <chad.diamond@gmail.com>; Salley Odom <salley.odom@theecholsfirm.com>
**Subject:** RE: Henry Hallager v. Account Resolution Services, et al., Case No. 5:20-cv-354-BO (E.D.N.C.)

Hi David,

Thank you for your email. The most efficient way to schedule with me is via the online calendar below. I do have September availability before the deadline and am happy to mediate via Zoom.

You can hold a date directly through the calendar or email me and I will hold it for you.

I look forward to working with you and hope that you have a good weekend.

Best regards,

René

René Stemple Trehy

Beason & Trehy Conflict Resolution, LLC

Post Office Box 52270

Durham, NC 27717-2270

Beasontrehy.com

Link to online calendar: https://www.ncmediators.org/rene-trehy

---

**From:** David Grassi <David.Grassi@theecholsfirm.com>
**Sent:** Friday, August 20, 2021 3:43 PM
**To:** rtrehy@beasontrehy.com
**Cc:** Daniel Zemel <dz@zemellawllc.com>; Chad Diamond <chad.diamond@gmail.com>; Salley Odom <salley.odom@theecholsfirm.com>
**Subject:** Henry Hallager v. Account Resolution Services, et al., Case No. 5:20-cv-354-BO (E.D.N.C.)

Ms. Trehy,

Please see the attached correspondence regarding scheduling mediation in the above-referenced case. Salley Odom in our office is copied on this email and can assist with scheduling.

Thank you,

**David A. Grassi**

**Attorney**

The Echols Firm, llc

224 Oakland Ave. (29730)

P.O. Box 12645

Rock Hill, South Carolina 29731

803.329.8982

david.grassi@theecholsfirm.com



PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

--
Daniel Zemel, Esq.

**ZEMEL LAW, LLC**
660 Broadway
Paterson, NJ 07514
T: (862) 227-3106
F: (973) 282-8603

[DZ@zemellawllc.com](mailto:DZ@zemellawllc.com)

================================================================

*This email may contain information of a privileged or confidential nature, or may be otherwise exempt from disclosure under work product doctrine or other applicable law. If you are not the addressee or it appears you have received this email in error, kindly notify the sender immediately. Please ignore this communication and delete it along with any attachments immediately. The reproduction, dissemination, or distribution of this communication is prohibited. Thank you for your courtesies in this matter.*

*Any accounting, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. This Firm does not specialize in tax law, nor do we offer tax or accounting services of any kind. Please consult a tax law or accounting expert on issues concerning same.*

*This email may contain a request to obtain personal and confidential information including dates of birth, medical records, and/or social security numbers. In sending documents with this kind of personal information, please do not send these documents to me using regular email correspondence. This type of information should be sent by fax transmission or by encrypted email.*