# EXHIBIT 11

| From: | Rene |
|---|---|
| To: | Salley Odom; "Chad Diamond"; David Grassi; "Nicholas Linker"; "Daniel Zemel" |
| Subject: | Mediation Confirmation: Henry Hallager v. Account Resolution Services, et al., Case No. 5:20-cv-354-BO (E.D.N.C.), B&T#ME2155T, Friday, September 17, 2021, 1:00 P.M. |
| Date: | Wednesday, September 1, 2021 1:41:54 PM |
| Attachments: | Confirmation ME2155T.pdf |

Good Afternoon,

The confirmation is attached and the Zoom invite follows.

Rene Trehy is inviting you to a scheduled Zoom meeting.

Topic: Mediation
Time: Sep 17, 2021 01:00 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/85183101602?pwd=NDBmSDdBL3cxYnc3MGlFRWxqUkFMUT09

Meeting ID: ▉▉▉▉▉▉▉▉
Passcode: ▉▉▉▉
One tap mobile
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Dial by your location
▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉

Meeting ID: ▉▉▉▉▉▉▉▉
Passcode: ▉▉▉▉
Find your local number: https://us02web.zoom.us/u/kd2d16LUn8

I look forward to working with you.

Best regards,
René



René Stemple Trehy
Beason & Trehy Conflict Resolution, LLC
Post Office Box 52270
Durham, NC 27717-2270

Beasontrehy.com

Link to online calendar: https://www.ncmediators.org/rene-trehy