IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-354-BO

| | |
|---|---|
| HENRY HALLAGER ) ) ) ) v. ) ACCOUNT RESOLUTION SERVICES, ) LLC; EXPERIAN INFORMATION ) SOLUTIONS, INC. ) | ***NOTICE OF SPECIAL APPEARANCE*** |

Please take notice that the undersigned **Nicholas Linker** hereby enters a notice of special appearance as counsel **for Henry Hallager** in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, **Chad Diamond.**.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

      /s/ *Nicholas Linker*
Nicholas Linker, Esq.
Zemel Law, LLC
660 Broadway
Paterson, New Jersey 07514
201-500-6961
nl@zemellawllc.com
New Jersey Bar. No. 146732015
Attorney for Henry Hallager

      /s/ *Chad Diamond*
Chad Diamond, Esq.
N.C. Bar No. 40842
3356 Maywood Drive
Charlotte, NC 28205
980-225-2280
chad.diamond@gmail.com
Local Civil Rule 83.1(d) Counsel
for Henry Hallager