IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00354-BO

**Henry Hallager**,

    Plaintiff,

v.

**Account Resolutions Services, LLC**,

    Defendant.

**Order**

This matter comes before the court on Plaintiff Henry Hallager's motion to amend the Scheduling Order and extend fact discovery. D.E. 37. Defendant Account Resolution Services opposes the motion. D.E. 38.

After considering the parties' arguments, the court grants the motion, in part, and will allow a short extension of the Scheduling Order deadlines as follows:

1.     Discovery is due on or before Friday, October 8, 2021.

2.     Dispositive motions are due on or before Monday, November 8, 2021.

The remaining portions of the Scheduling Order that are not inconsistent with this Order remain unchanged.

Dated: September 15, 2021.

*Robert T. Numbers II*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE